RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　*Plaintiff,*<br>v.<br><br>SULTAN ABDUL KADER,<br><br>　　　　　　　　　　*Defendant.* | Hon. Joseph A. Greenaway, Jr.<br><br>Criminal Action No. 02-506<br><br>**AMENDED ORDER FOR PARTIAL PAYMENT OF FINE FROM REGISTRY OF COURT** |

Upon consideration of the motion of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey by and through Leah A. Bynon, Assistant U.S. Attorney, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the district of New Jersey, is directed to pay over forthwith to the Treasurer of the United States the sum of $75,000.00, deposited in the Registry of the Court by the defendant, Sultan Abdul Kader, in connection with the Appearance Bond executed by said defendant in Mag. Case No.01-6168 as partial payment on restitution owed by the defendant in Criminal Case No. 02-506. The remaining $75,000 should be returned to defendant, Sultan Abdul Kader.

Dated this _____13th_____ day of _____July_____, 2009.

_____
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT COURT

**U.S. Department of Justice**

*Acting United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700
Newark, NJ 07102

Direct-(973) 645-2834
Fax #-973-645-3210
Email: kelly.parker-battle@usdoj.gov

June 26, 2009

**RECEIVED**

**JUL 0 1 2009**

Joseph A. Greenaway, Jr.
United States District Judge

Hon. Joseph A. Greenaway, Jr.
Judge, U.S. District Court
Dr. Martin Luther King, Jr.
 Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: United States of America v. Sultan A. Kader
Criminal Action No. 02-506

Dear Judge Greenaway:

Enclosed for Your Honor's signature, please find a copy of the Amended Order for Partial Payment of Restitution from Registry of Court in the above captioned matter.

If this Order meets with your approval, kindly sign and return a copy in the envelope provided.

Thank you.

Respectfully Submitted,

RALPH J. MARRA, JR.,
Acting United States Attorney

By: KELLY C. PARKER-BATTLE
Financial Specialist

Encl.